THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
    *v.* GEORGE APPEL, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*
    (Argued June 4, 1928; decided June 19, 1928.)

APPEAL from a judgment of the Supreme Court,
rendered January 14, 1928, at a Trial Term for the county
of Queens, upon a verdict convicting the defendant of
the crime of murder in the first degree.

*James F. Barry* and *Richard J. Barry* for appellant.
*Richard S. Newcombe, District Attorney (Thomas F.
Thornton* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.